# United States District Court

United States District Court
Southern District of Texas
FILED

APR 19 2019

David J. Bradley, Clerk

__SOUTHERN__ DISTRICT OF __TEXAS__

McALLEN DIVISION

UNITED STATES OF AMERICA

V.

Jose Genaro HERNANDEZ-Rodriguez

AKA:

IAE          YOB: 1979
      Mexico

(Name and Address of Defendant)

## CRIMINAL COMPLAINT

Case Number: M-19-0877-M

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __April 8, 2019__ in __Hidalgo__ County, in the __Southern__ District of __Texas__ defendants(s) did, *(Track Statutory Language of Offense)*

being then and there an alien who previously has been deported from the United States to Mexico in pursuance of law, and thereafter was found near Edinburg, Texas within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title __8__ United States Code, Section(s) __1326__ (Felony)

I further state that I am a(n) __Deportation Officer__ and that this complaint is based on the following facts:

On April 8, 2019, Jose Genaro HERNANDEZ-Rodriguez a citizen of Mexico was encountered by Immigration Officers at the Hidalgo County Jail in Edinburg, Texas. An Immigration Detainer was placed upon the defendant and was subsequently remanded into the custody of Immigration and Customs Enforcement on April 18, 2019. Record checks revealed the defendant was formally removed from the United States to Mexico for the third (3rd) time on January 26, 2016 via the Laredo, Texas Port of Entry. The defendant was instructed not to return without permission from the Attorney General or the Secretary of Homeland Security of the United States. The defendant claims to have illegally re-entered the United States on or about March 26, 2016 by wading the Rio Grande River at or near Hidalgo, Texas. On March 23, 2015, the defendant was convicted of 8 USC 1326 Alien Unlawfully Found in the United States After Deportation, Having Previously Been Convicted of a Felony and sentenced to twelve (12) months to the custody of the United States Bureau of Prisons and three (3) years supervised release.

Continued on the attached sheet and made a part of this complaint:  ☐ Yes  ☒ No

Complaint approved by AUSA

AUSA A. Hennis
4/19/19 @ 8:10 am

Signature of Complainant

Maurice Sanchez  DEPORTATION OFFICER/ICE
Printed Name of Complainant

Sworn to before me and subscribed in my presence,  8:22 am  at  McAllen, Texas

April 19, 2019
Date

City and State

Peter E. Ormsby          U.S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer